CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

June 22, 2026

LAURA A. AUSTIN, CLERK
BY:  s/J.Vasquez
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **THOMAS HENRY,** <br>     **Plaintiff,** | **Civil Action No. 7:26-cv-00316** |
| | |
| **v.** | **MEMORANDUM OPINION** |
| | |
| **UNITED STATES DISTRICT COURT** <br> **WESTERN DISTRICT OF VIRGINIA, et al.,** <br>     **Defendant(s).** | **By:  Robert S. Ballou** <br> **United States District Judge** |

Plaintiff, proceeding <u>pro se</u>, filed a civil rights complaint against the United States District Court for the Western District of Virginia, but he did not prepay the filing costs or submit the information required to proceed in forma pauperis under 28 U.S.C. § 1915(b) in this court to pay the filing fee through installments from plaintiff's trust account. By order entered April 29, 2026 , the court directed plaintiff to submit within 30 days from the date of the order a prisoner trust account report (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  The prisoner trust account report must be filled out, signed, and dated by the appropriate prison official of each prison at which plaintiff is or was confined in order for the court to continue this action without payment of the filing fee.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b).  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying

Order to plaintiff.

Enter:  June 22, 2026

*/s/ Robert S. Ballou*

Robert S. Ballou
United States District Judge